NITED STATES DISTRICT COURT  ECF CASE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
GEORGE CLAIR and LAURENCE, SCOTT AND                             :
ELECTROMOTORS, INC.,                                             :
                                                                 :
                Plaintiffs,                                      :
                                                                 :   Case No. 07 Civ. 6147 (VM)
           - against -                                           :
                                                                 :
FAUNUS GROUP INTERNATIONAL, INC.                                 :
                                                                 :
                Defendant.                                       :
                                                                 :
-----------------------------------------------------------------x
                                                                 :
FAUNUS GROUP INTERNATIONAL, INC.                                 :
                                                                 :
        Defendant and Interpleading Plaintiff,                   :
                                                                 :
           - against -                                           :
                                                                 :
LAURENCE, SCOTT AND                                              :
ELECTROMOTORS LIMITED (In Administration)                        :
                                                                 :
              Interpleaded Defendant.                            :
                                                                 :
-----------------------------------------------------------------x

Notice of Removal - Exhibit 2

Rule 2.16                                                              Form 2.6B

## Notice of Appointment of an Administrator by Holder of Qualifying Floating Charge

| Name of Company | Company number |
|---|---|
| LAURENCE, SCOTT & ELECTROMOTORS LIMITED | 5272666 |

| In the HIGH COURT OF JUSTICE CHANCERY DIVISION COMPANIES COURT (full name of Court) | For court use only Court case number 3268/2007 |
|---|---|

(1) Name and address of holder of qualifying floating charge.

1. (¹) FAUNUS GROUP INTERNATIONAL INC.
60 PINE STREET, 32ND FLOOR, NEW YORK, NEW YORK 10005, UNITED STATES OF AMERICA.

("the appointor")

(2) Give name(s) and address(es) of administrator(s).

gives notice that (²)
ANDREW JOHN PEPPER & ALASTAIR PAUL BEVERIDGE
both of KROLL
10 FLEET PLACE
LONDON
EC4M 7RB

(3) Delete as applicable.
(4) Insert name and address of registered office of company.

(³)[is][are] hereby appointed as administrator(s) of (⁴)

LAURENCE, SCOTT & ELECTROMOTORS LIMITED
OF HARDY ROAD, NORWICH, NORFOLK

("the company")

2. The written statement(s) in Form 2.2B (⁴)[is][are] attached.

3. The appointor is the holder of the following qualifying floating charge:
(⁵)
DATED 23RD NOVEMBER 2005 AND REGISTERED ON 14TH DECEMBER 2005. UNLIMITED GUARANTEE OF PAYMENTS DUE TO CHARGEHOLDER.

(5) Give details of charge relied on, date registered and (if any) financial limit.

4. The above charge is enforceable at the date of this appointment.

(6) Delete if not applicable.
(7) Insert date.

5. (⁶)[the appointor has given at least two business days written notice to the holder of any prior qualifying floating charge(s), and a copy of that notice, (⁶)[which was filed in Court on (⁷)         ] is attached]

OR

[⁶][all the holders of any prior qualifying floating charges have consented in writing to the making of this appointment and copies of those consents are attached]

OR

(⁶) [there are no prior qualifying floating charges.]

6. The company (³)[is][is not], at the date of this notice, the subject of insolvency proceedings (⁸):

(8) Give details of any current or outstanding insolvency proceedings.

The Commissioners for Her Majesty's Revenue & Customs filed a petition to wind up the company on 2nd March 2007 under case number 1599 of 2007. The petition was listed for hearing on 9th May 2007. The Company has filed an Application for Administration on 30th April 2007 such Application to be heard on 11th May 2007.




C:\NrPortbl\Worksite\SR\DPATH\36...1.OLF

[P.T.O.
IN2_6B/1

(9) Insert whether main or territorial proceedings.

(10) Insert full name and address of person making declaration.
(11) If making the declaration on behalf of appointor indicate capacity e.g. director/solicitor.

7. The company (³)[is][is not] (³)[an insurance undertaking][a credit institution][an investment undertaking providing services involving the holding of funds or securities for third parties] or [a collective investment undertaking under Article 1.2 of the EC Regulation].

8. For the following reasons it is considered that the EC Regulation (³)[will][will not] apply. If it does apply, these proceedings will be (⁹) MAIN proceedings as defined in Article 3 of the EC Regulation:
BECAUSE THE COMPANY'S CENTRE OF MAIN INTEREST IS IN ENGLAND.

9. This appointment is in accordance with Schedule B1 to the Insolvency Act 1986.

10. Where there are joint administrators, a statement for the purposes of paragraph 100(2) of Schedule B1 to the Insolvency Act 1986 is attached.

11. I (¹⁰) (¹) JOSEPH ALBERTELLI

of CFO/VICE PRESIDENT OF FAUNUS GROUP INTERNATIONAL INC. OF
80 PINE STREET, 32ND FLOOR, NEW YORK, NY 10005

do solemnly and sincerely declare that the information provided in this notice is, to the best of my knowledge and belief, true.

AND I make this solemn declaration conscientiously believing the same to be true and by virtue of the provisions of the Statutory Declarations Act 1835.

Declared at  New York, USA
Signed  Joseph Albertelli
this  4th  day of  MAY  20 07

before me
AFFIRMED BEFORE ME

DATE 5/4/07
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01LE5064336
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES ON AUGUST 12, 2010

A Commissioner for Oaths or Notary Public or Justice of the Peace or Solicitor or Duly Authorised Officer.

(12) Insert date and time of filing.

**Endorsement to be completed by the Court**
This notice and the attached documents were filed (¹²)

on   8 MAY 2007   at 11.00 a.m

Oyez 7 Spa Road, London SE16 3QQ.
© Crown copyright
C:\N\Portbl\Worksite\SRIDPATH\3683070_1.OLF
Company 2.6B
9.2003
IN2_6B/2

Rule 2.3                                                  Form 2.2B

# Statement of proposed administrator

| Name of Company<br>Laurence, Scott & Electromotors Limited | Company number<br>5272666 |
|---|---|

| In the | HIGH COURT OF JUSTICE<br>CHANCERY DIVISION<br>COMPANIES COURT<br>[full name of court] | *For court use only*<br>Court case number |
|---|---|---|

(a) Insert name and address of proposed administrator

1. We, ANDREW JOHN PEPPER and ALASTAIR PAUL BEVERIDGE of KROLL LIMITED, 10 FLEET PLACE, LONDON, EC4M 7RB

hereby certify that we are authorised under the provisions of Part XIII of the Insolvency Act 1986 to act as an insolvency practitioner.

I.P. Nos.: 9050 and 8991

Name of Regulatory Body:

Institute of Chartered Accountants In England and Wales

(b) Insert name of company

\* Delete as applicable

2. We consent to act as Joint Administrators of (b)

Laurence, Scott & Electromotors Limited

("the company") in accordance with the notice of appointment of

(c) Insert name of person presenting administration application or making the appointment
(d) Insert date of application or appointment

(c) FAUNUS GROUP INTERNATIONAL INC.

dated (d) _4th MAY 2007_

3. We are of the opinion that the purpose of administration is reasonably likely to be achieved.

\* Delete as applicable

4. We have not had any prior professional relationship with the company.

5. Any act or function required to be done by one or more of the Joint Administrators may be done or exercised by any one or more of the Joint Administrators jointly and/or severally

Signed   A.J Pepper _____

           A.P Beveridge _____

Dated   _8th MAY 2007_

