UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------------------------x
: ECF CASE
:
GEORGE CLAIR and LAURENCE, SCOTT AND :
ELECTROMOTORS, INC.,  :
:
      Plaintiffs, :
: Case No. 07 Civ. 6147 (VM)
      - against - :
:
FAUNUS GROUP INTERNATIONAL, :
:
      Defendant. :
:
------------------------------------------------------------------------x
:
FAUNUS GROUP INTERNATIONAL, :
:
      Defendant and Interpleading Plaintiff, :
:
      - against - :
:
LAURENCE, SCOTT AND :
ELECTROMOTORS LIMITED (In Administration) :
:
      Interpleaded Defendant. :
:
------------------------------------------------------------------------x

RULE 7.1 STATEMENT

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Andrew John Pepper and Alastair Paul Beveridge, the legal representatives of <u>Laurence, Scott & Electromotors Limited (In Administration)</u>("LS&E, Ltd.") (a private non-governmental party), who were duly appointed in the United Kingdom as Joint Administrators of LS&E, Ltd. pursuant to the Insolvency Act of 1986 of England and Wales,

certify upon information and belief that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

1. There is no parent entity to LS&E, Ltd.

2. The stock of LS&E, Ltd. is not publicly traded. It is 100% owned by a person, George Clair, who is a U.S. national.

3. LS&E, Ltd. has no subsidiaries.

4. LS&E, Ltd. was formerly known as: Cashmount Limited; Gothic Works Limited.

Dated:   New York, New York
         June  29 , 2007

                                      NIXON PEABODY LLP

                                      By:  /s/ Robert N. H. Christmas
                                           Robert N. H. Christmas (RC 6189)

                                      Dennis J. Drebsky (DD 4579)
                                      Christopher M. Desiderio (CD 6929)
                                      437 Madison Avenue
                                      New York, New York  10022
                                      Telephone: (212) 940-3000
                                      Facsimile: (212) 940-3111

                                      Counsel for Andrew John Pepper and Alastair Paul Beveridge, Joint Administrators of Laurence, Scott and Electromotors Limited (In Administration), *Interpleaded Defendant*

10638839.1