# NIXON PEABODY LLP
### ATTORNEYS AT LAW



437 Madison Avenue
New York, New York 10022-7001
(212) 940-3000
Fax: (866) 947-2426
Direct Dial: (212) 940-3103
E-Mail: rchristmas@nixonpeabody.com

July 3, 2007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-6-07
```

**VIA FEDERAL EXPRESS**

The Honorable Victor Marrero
United States District Court
 for the Southern District of New York
500 Pearl Street
New York, New York  10004

    Re:    George Clair and Laurence, Scott & Electromotors, Inc. v.
             Faunus Group International, Inc. v.
             <u>Laurence, Scott and Electromotors Limited (In Administration)</u>
             Case No. 07 Civ. 6147 (S.D.N.Y.)(VM)

Dear Judge Marrero:

       In the above removed matter, enclosed please find Chambers copies of the Notice of Removal (with Exhibits) and the Rule 7.1 Statement.

                                       Very truly yours,

                                       Robert N. H. Christmas

cc: (via email, encl. previously served)
    Joseph T. Johnson, Esq.
    Eaton & Van Winkle LLP
    Counsel for George Clair and LSE, Inc.

    Jennifer Smith, Esq.
    Blank Rome LLP
    Counsel for Faunus Group International, Inc.

> Request GRANTED. A status conference herein is scheduled for 7-20-07 at 10:00 a.m. to address the matter described above by <u>The interpleaded defendant's removal of this action to this Court.</u>
> SO ORDERED.
> 7-6-07
> DATE     VICTOR MARRERO, U.S.D.J.