AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __NEW YORK__

GEORGE CLAIR and LAURENCE, SCOTT AND ELECTROMOTORS, INC.,

                                  Plaintiffs,

- Against -

FAUNUS GROUP INTERNATIONAL, INC.,

                                  Defendant.

FAUNUS GROUP INTERNATIONAL, INC.,

            Defendant and Interpleading Plaintiff,

- Against -

LAURENCE SCOTT AND ELECTROMOTORS LIMITED (In Administration),

                           Interpleaded Defendant.

**APPEARANCE**

Case Number: 07-CV-06147 (VM)(GWG)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    FAUNUS GROUP INTERNATIONAL, INC.

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/11/2007 | *[signature]* |
| Date | Signature |
| | Jennifer S. Smith      JS 1941 |
| | Print Name      Bar Number |
| | 405 Lexington Avenue, The Chrysler Building |
| | Address |
| | New York    NY    10174 |
| | City    State    Zip Code |
| | (212) 885-5000    (212) 885-5001 |
| | Phone Number    Fax Number |