MARRERO, S.

| UNITED STATES DISTRICT COURT | ECF CASE |
|---|---|
| SOUTHERN DISTRICT OF NEW YORK | |

------------------------------------------------------x

GEORGE CLAIR and LAURENCE, SCOTT AND
ELECTROMOTORS, INC.,

    Plaintiffs,

- against -

Case No. 07 Civ. 6147 (VM)

FAUNUS GROUP INTERNATIONAL, INC.

    Defendant.

------------------------------------------------------x

FAUNUS GROUP INTERNATIONAL, INC.

    Defendant and Interpleading Plaintiff,

- against -

LAURENCE, SCOTT AND
ELECTROMOTORS LIMITED (In Administration)

    Interpleaded Defendant.

------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-26-07
```

STIPULATION AND ORDER OF REFERRAL OF ACTION

Recitals:

    1. On June 29, 2007, this action was removed to this Court by a Notice of Removal filed by Laurence, Scott & Electromotors Limited (In Administration)("LS&E, Ltd." or "Debtor"), through its legal representatives, Andrew John Pepper and Alastair Paul Beveridge, appointed in the United Kingdom as Joint Administrators pursuant to the Insolvency Act of 1986 of England and Wales (the "Joint Administrators"), which invoked 28 U.S.C. §§ 1334(b), 1335(a), 1441(a) and 1452, and Rule 9027 of the Federal Rules of Bankruptcy Procedure.

2. On July 12, 2007, Defendant and Interpleader Plaintiff Faunus Group International, Inc. was discharged from this action by Stipulation and Order entered by this Court.

3. In light of the Chapter 15 petition on behalf of LS&E, Ltd., pending under case number 07-12017 (RDD) (the "Chapter 15 Case") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), referral of this case to the Bankruptcy Court is in the interests of judicial efficiency.

Stipulation:

1. This case is a related proceeding to the Chapter 15 Case pursuant to the provisions of 28 U.S.C. § 157(a), and therefore is within the jurisdiction of the Bankruptcy Court pursuant to the latter statute and the Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court of the Southern District of New York, dated July 10, 1984 (Ward, Acting C.J.).

2. The parties hereby stipulate to the referral of this case to the Bankruptcy Court.

3. This Stipulation may be executed in counterparts and by facsimile, which shall be deemed an original for purposes of this Stipulation.

Dated: New York, New York
July 25, 2007

NIXON PEABODY LLP

By: /s/ Robert N. H. Christmas
Robert N. H. Christmas (RC 6189)
437 Madison Avenue
New York, New York 10022
Telephone: (212) 940-3000
Facsimile: (212) 940-3111

Counsel for Andrew John Pepper and Alastair Paul Beveridge, Joint Administrators of Laurence, Scott and Electromotors Limited (In Administration), *Interpleaded Defendant*

10665813.1 NP 7.25.07

- 2 -

EATON & VAN WINKLE LLP

By: _____
Joseph T. Johnson (JJ 1907)
3 Park Avenue
New York, NY 10016
Telephone: (212) 779-9910

Counsel for George Clair and
Laurence, Scott and Electromotors, Inc., *Plaintiffs*

    Pursuant to foregoing Stipulation, the provisions of 28 U.S.C. § 157(a), and the Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court of the Southern District of New York, dated July 10, 1984 (Ward, Acting C.J.); and, in view of the pending Chapter 15 bankruptcy case of Laurence, Scott & Electromotors Limited (In Administration), the Court finds that referral of this case to the Bankruptcy Court is in the interests of judicial efficiency, it is hereby

    ORDERED that this action is referred to the United States Bankruptcy Court for the Southern District of New York.

So Ordered at
New York, New York
26 July, 2007.

_____
Victor Marrero
U.S.D.J.

SO ORDERED: *The Clerk of Court is directed to close this case.*

7-26-07
DATE    VICTOR MARRERO, U.S.D.J.

10665813.1 NP 7.25.07

- 3 -